# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| BETTER MOUSE COMPANY, LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>ETEKCITY CORPORATION, ET AL.,<br><br>    Defendants. | CIVIL ACTION NO. 2:16-cv-270<br>**(Consolidated Lead Case)**<br><br>**JURY TRIAL DEMANDED** |
| BETTER MOUSE COMPANY, LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>KWORLD (USA) COMPUTER, INC. d/b/a GAMDIAS,<br><br>    Defendant. | CIVIL ACTION NO. 2:16-cv-271<br>**(Particular Member Case)**<br><br>**JURY TRIAL DEMANDED** |

## ORDER OF DISMISSAL WITH PREJUDICE AS TO KWORLD (USA) COMPUTER, INC.

CAME ON THIS DAY for consideration of the Stipulated Motion for Dismissal with Prejudice Pursuant to Rule 41(a)(2) (Dkt. 41) of all claims and counterclaims asserted between plaintiff Better Mouse Company, LLC and defendant Kworld (USA) Computer, Inc. in this case, and the Court being of the opinion that said motion should be GRANTED, it is hereby ORDERED, ADJUDGED AND DECREED that all claims and counterclaims asserted in this suit between plaintiff Better Mouse Company, LLC and defendant Kworld (USA) Computer, Inc. are hereby dismissed with prejudice.

It is further ORDERED that all attorneys' fees and costs are to be borne by the party that

incurred them. The Court retains jurisdiction over this matter for the limited purpose of enforcing the parties' settlement agreement.

**So Ordered this**

**Jun 30, 2016**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE